1  ERIC GRANT
   United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   BRITTANY M. GUNTER
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099
   Attorneys for Plaintiff
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,          CASE NO.  1:25-MJ-000092-BAM
                                                 1:25-MJ-000095-BAM
10                    Plaintiff,
                                       STIPULATION AND ORDER TO CONTINUE
11            v.                       PRELIMINARY HEARING

12  ROBERT SALAZAR

13                    Defendants.

14

15        IT IS HEREBY STIPULATED by and between the parties that the preliminary hearing set for

16  October 9, 2025, be reset for October 29, 2025.

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.     Defendant has been released pre-trial on the above cases and is seeking to consult with

21  counsel prior to preliminary hearing or indictment.

22        2.     By this stipulation, defendant now moves to continue the preliminary hearing and status

23  of counsel hearing until **October 29, 2025, at 2:00 p.m.** and to exclude time between October 9, 2025,

24  and October 29, 2025.

25        3.     The parties agree and stipulate, and request that the Court find the following:

26        a)     Defendant has recently retained private counsel, who desires time to consult with

27        their client and the government about the case.

28        b)     Counsel for defendant believes that failure to grant the above-requested

    Stipulation & Proposed Order                    1

1  continuance would deny him the reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3         c)      The government does not object to the continuance.

4         d)      Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later

5  than 14 days after initial appearance if the defendant is in custody," unless the defendant

6  consents and there is a "showing of good cause".  Here, the defendant consents and there is good

7  cause as set forth herein.

8         e)      Based on the above-stated findings, the ends of justice served by continuing the

9  case as requested outweigh the interest of the public and the defendant in an indictment or trial

10  within the original dates prescribed by the Speedy Trial Act.

11        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which an indictment must be filed and within which a trial must commence, the

13  time period of October 9, 2025 to October 29, 2025, inclusive, is deemed excludable pursuant to

14  18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at

15  defendant's request on the basis of the Court's finding that the ends of justice served by taking

16  such action outweigh the best interest of the public and the defendant in a speedy

17  indictment/trial.

18        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

19  Speedy Trial Act dictate that additional time periods are excludable from the period within which an

20  indictment must be filed and a trial must commence.

21

22        Dated: October 1, 2025                          Respectfully submitted,

23                                                        ERIC GRANT
                                                          United States Attorney
24

25                                              By      /s/ Robert L. Veneman-Hughes
                                                        ROBERT L. VENEMAN-HUGHES
26                                                      Assistant United States Attorney

27

28

Stipulation & Proposed Order                    2

Dated: October 1, 2025

/s/ Murdoch Walker, II
MURDOCH WALKER, II
Attorney for Defendant Robert SALAZAR

**ORDER**

IT IS HEREBY ORDERED that the preliminary hearing scheduled for October 9, 2025 at 2:00 p.m. is continued to October 29, 2025 at 2:00 p.m. before the Duty Magistrate Judge.  IT IS FURTHER ORDERED that the time between October 9, 2025 and October 29, 2025 is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment and trial.

IT IS SO ORDERED.

Dated:   **October 1, 2025**

/s/ Erica P. Grosj
UNITED STATES MAGISTRATE JUDGE

Stipulation & Proposed Order

3